IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-685-WYD-CBS

QFA ROYALTIES, LLC,

    Plaintiff(s),

v.

JOE CASE;
CASECO, INC.; and
JOSA, INC.,

    Defendant(s).

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice, filed March 9, 2007 (docket #59).  In the Stipulation, the parties state that this case and all claims asserted herein should be dismissed with prejudice.  Therefore, in consideration of the Stipulation and file in this matter, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs, including attorneys' fees.

    Dated:  March 12, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge